7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Steven Eugene Unger and Deborah Lynn Unger
*Debtor*

**J Kevin Checkett**
   Plaintiff(s)

v.

**Daniel Brinkman**
**Diana Lynn Hewitt**
**Darlene Lavon Blaker**
   Defendant(s)

*Bankruptcy Case No.*
13–61656–abf7

*Adversary Case No.*
14–06004–abf

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

*IT IS ORDERED AND ADJUDGED*: That pursuant to the Order of the Court Directing Judgment in Favor of the Defendants(Doc. No. 43), entered by the Court on 7/11/2014, Judgment is hereby entered in favor of Defendants Daniel Brinkman, Diana Lynn Hewitt, and Darlene Lavon Blaker. Each party to bear its own costs.

   The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 7/11/14

Court to serve